UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| USA<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Antonio Warren Gantt<br>　　　　　　Defendant. | District No.　2:08-CR-148-PMP-RJJ |

**ORDER TEMPORARILY UNSEALING TRANSCRIPT**

On July 6, 2010, this court received a transcript order dated July, 6, 2010, requesting transcripts of a hearing held on July 29, 2009 and February 1, 2010, from Mr. Mario Valencia, counsel for defendant, in which portions of the hearings were sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcripts shall be unsealed by the Clerk for the limited purpose of providing a copy of the transcript as requested by Mr. Valencia.

**IT IS FURTHER ORDERED** that the sealed transcripts shall thereafter be resealed by the Clerk, and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this __7h__ day of July, 2010.

_____
Philip M. Pro
United States District Judge