UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs ) <br> ) <br> ANTONIO WARREN GANTT, ) <br> ) <br> ) <br> Defendant(s). ) <br> _____ ) | Case # 2:08-CR-148-PMP-RJJ <br><br> ORDER |

**IT IS ORDERED** Defendant's Motion Requesting Extension of Time [65] and Application to Proceed In Forma Pauperis [67] are **GRANTED.**

**IT IS FURTHER ORDERED** Government counsel shall file a Response to Defendant's Motion Pursuant to 28 USC 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody [66] by **7/15/2011.**

DATED this  14th   day of  June , 2011.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE