UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ANTONIO GANTT,

Defendant.

2:08-CR-00148-PMP-RJJ

**ORDER**

Having read and considered the Government's Motion to Dismiss Defendant's 28 U.S.C. § Petition Without Prejudice (Doc. #69), and Defendant's Response thereto (Doc. #70) and good case appearing,

**IT IS ORDERED that** Government's Motion to Dismiss Defendant's 28 U.S.C. § Petition Without Prejudice (Doc. #69) is **DENIED**.

**IT IS FURTHER ORDERED that** the Government shall file a response to Defendant Gantt's Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. #66) not later than **August 10, 2011**.

DATED: July 11, 2011.

PHILIP M. PRO
United States District Judge